UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID MICHAEL FORBES,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal Case No. 11cr4986-JLS<br><br>**ORDER GRANTING<br>UNITED STATES OF AMERICA'S<br>MOTION TO DISMISS<br>AND JUDGMENT** |

## **ORDER AND JUDGMENT**

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that Criminal Case No. 11cr4986-JLS be dismissed without prejudice.

DATED: February 23, 2012

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge